# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF

-VS-

Steve Brown
AKA
Derek Andri Kelly
AKA
Derek Kelly-Marsalis
DEFENDANT(S)

FILED FEB 1 1995

CASE NUMBER: 95-226M

AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

The above-name defendant was charged by:
☐ Indictment  ☐ Information  ☒ Complaint  ☐ Bench Warrant for:  ☐ Probation Violation  ☐ Failure to Appear

in the __Southern__ District of __Florida__ on __4/29/94__
at __Key West, FL__. The offense was allegedly committed on or about __4/94__
in violation of Title __18__ U.S.C., Section(s) __473__ to wit: __Dealing in Counterfeit Securities__

A warrant for defendant's arrest was issued by:
☒ Magistrate Judge __Hugh J. Morgan__   ☐ Judge _____

Bond of $ __100,000.00__ was:  ☐ Set  ☒ Recommended

Type of Bond:  ☐ Personal Recognizance  ☐ Appearance  ☒ Corporate Surety  ☐ Unknown or Unspecified

Relevant document(s) on hand (attach): __Copy of warrant__

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __2-1-95__.

_____
Deputy Clerk

Signature: Jacqueline J. Marengo
Last Name (Printed): JACQUELINE MARENGO
Agency and Title: USSS - Special Agent

M-28 (03/93)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT