UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  Warrant Issued   Case No. 95-226M
) ☐ COMPLAINT
vs. ) Date  ☒ AFFIDAVIT  Filed 2/1/95
) VIOLATION 18, 473
) Tape No. 427    Date 2/1/95
Steve Brown )
) C/McMahan
1. PROCEEDINGS BEFORE UNITED STATES MAGISTRATE
   DREW PITT
Deputy Clerk       Assistant U.S. Attorney     Interpreter

☒ Defendant arraigned. Informed of charge and right to: remain silent; counsel; appointment of counsel, if indigent; and
☐ preliminary hearing, or ☒ removal hearing/Rule 20.
☒ Defendant states true name: ☐ is as charged; ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit.
☒ Attorney: _Nenderan_ RETD, APPTD: DFPD/PANEL, S/A ☐ Poss contrib ord.
☒ Bail set at $ DETAINED

### TYPE OF BOND
☐ Personal Recognizance
   (Signature only - no dollar amount)
☐ Unsecured Appearance Bond in amount of $ _____
☐ Appearance Bond in amount of $ _____
   ☐ with cash deposit (amount or %) _____
   ☐ with affidavit of surety (no justification) (Form CR-4)
   ☐ with justification affidavit of surety (Form CR-3)
      ☐ and with deeding of property      or
☐ Collateral Bond in amount of $ _____
   (Cash or negotiable securities)
☐ Corporate Surety Bond in amount of $ _____
   (Corporate Surety Bond requires separate form)
☐ Release NOW and justify by _____   or
   appear before Magistrate _____
   at _____ AM/PM on _____

### CONDITIONS OF RELEASE
☐ PSA Supervision    [ ] Intensive
☐ Surrender passport
☐ Bail subject to Nebbia hearing
☐ Travel restricted to _____
☐ Alcohol/Drug testing _____
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Avoid places of egress
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing
☐ Other _____

☒ Defendant committed to custody of U.S. Marshal.     ☐ Preliminary hearing waived.
☐ Prelim/Hrg set for _____ at 4:30 P.M. Post/Indict Arrn set for _____ at 8:30 A.M.
☐ Court ORDERS _____ phone calls within 24 hours, forthwith, ASAP, as requested.
☐ Court ORDERS medical abstract issued re: _____
☐ Defendant's motion to dismiss for lack of probable cause:    ☐ DENIED    ☐ GRANTED
☐ Defendant executes waiver of removal hearing and arrival of process.
☐ Process received.   ☐ Defendant executes Rule 20 consent forms.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue.
☐ Case continued to _____ at _____ AM/PM for _____
☒ Other _Court Moves for Detn/Granted_
2. BOND POSTED: Date _____ . Release ordered.
   Defendant's address and phone _____

By _Shirley Ball_
   Deputy Clerk

cc: cc: AUSA

M-M-5 (12/86)       PROCEEDINGS SHEET — LOCAL/OUT-OF-DISTRICT CASE